# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** December 1, 2020 | **Judge:** ALEX G. TSE |
|---|---|
| **Case No.**: 20-cv-03275-JD | **Case Name:** Bush v. Brown Farms, et al. |

**Pro Se Plaintiff:** William David Bush
**Attorney for Defendant:** Nicole Elizabeth Granquist

**Court Reporter:** Not Reported

## PROCEEDINGS

Settlement Conference – Not Held


**Notes:  Plaintiff did not appear for settlement conference.**