UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DAVID BUSH,<br><br>        Plaintiff,<br><br>    v.<br><br>BROWN FARMS, et al.,<br><br>        Defendants. | Case No. 20-cv-03275-JD<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 14, 18 |

In May 2020, pro se plaintiff Bush sued defendants Brown Farm and City of Santa Rosa, as well as twenty fictitious defendants, for violating the Clean Water Act, 33 U.S.C. § 1251 *et seq.* Dkt. No. 1. Two months later, the parties jointly requested that the case be referred to a magistrate judge for an early settlement conference, and so the Court referred the case to Magistrate Judge Tse. Dkt. Nos. 11, 14. On November 2, 2020, an early settlement conference before Judge Tse was set for December 1, 2020, at 10:30 a.m. via Zoom webinar. Dkt. No. 16. The conference was not held because Bush failed to appear. Dkt. No. 17. Judge Tse ordered Bush to show cause in writing by December 4, 2020, for not appearing and for failing to submit a required settlement conference statement. Dkt. No. 18. Bush never responded to the order to show cause.

Consequently, Bush is ordered to show cause in writing by March 18, 2021, why this case should not be dismissed for failure to adhere to multiple court orders. Bush is advised that a failure to file an adequate response will result in dismissal under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: March 8, 2021

_____
JAMES DONATO
United States District Judge